UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH C. ZARCO, | CV F 05 1163 OWW LJO P |
| Plaintiff, | |
| v. | ORDER GRANTING PLAINTIFF AN ADDITIONAL THIRTY DAYS TO RESUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS |
| WOODFORD, et. al., | |
| Defendants. | |

Joseph Zarco ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed the instant action on September 5, 2005, along with an Application to Proceed In Forma Pauperis. After reviewing the documents, the Court found the Application to be defective in that it did not contain the certification on the trust account statement. Plaintiff was afforded time to resubmit the Application, however, he did not. Thus, on December r8, 2005, the Court issued Findings and Recommendations that the action be dismissed for Plaintiff's failure to comply. Plaintiff filed objections to the Court Order as well as a letter saying he had complied. However, the Court still does not have in its possession a certified copy of the prison trust account statement. Thus, Plaintiff is required to resubmit the Application with the appropriate documentation, signatures and certifications or risk dismissal of his case. The Court will grant Plaintiff another thirty days to comply. If the Court does receive the Application to Proceed In Forma Pauperis and supporting documents with all the necessary information, the Court will vacate the Findings and Recommendations and proceed with the case.

1  Accordingly, the Court HEREBY ORDERS:

2      1.      Plaintiff is GRANTED thirty (30) days from the date of service of this Order to

3            resubmit an Application to Proceed In Forma Pauperis will all supporting

4            document or pay the filing fee of $250.00.

5  Plaintiff's failure to comply with this Order may result in the dismissal of his action for

6  failure to prosecute.

7  IT IS SO ORDERED.

8  **Dated:   January 24, 2006**              /s/ Lawrence J. O'Neill
   b6edp0                                    UNITED STATES MAGISTRATE JUDGE