UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH C. ZARCO, | 1:05-cv-01163-OWW-LJO-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 6) |
| vs. | **ORDER DISMISSING ACTION** |
| J. WOODFORD, et al., | |
| Defendants. | |

Plaintiff, Joseph C. Zarco ("plaintiff"), is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On December 8, 2005, the Magistrate Judge filed Findings and Recommendation herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendation were to be filed within thirty (30) days.  On December 22, 2005, plaintiff filed objections to the Magistrate Judge's Findings and Recommendation.

Based on the objections, the Magistrate Judge granted

1

Plaintiff additional time to comply with the Court order setting forth a deadline of February 28, 2006 to either pay the filing fee or submit a completed application to proceed in forma pauperis.  However, that deadline has since expired and Plaintiff has still not complied with the Court Order.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed December 8, 2005, are ADOPTED IN FULL; and,

2. This action is DISMISSED based on plaintiff's failure to obey the court's order of October 18, 2005.

IT IS SO ORDERED.

**Dated:   March 15, 2006**            **/s/ Oliver W. Wanger**
emm0d6                                 UNITED STATES DISTRICT JUDGE

2